921 F.2d 272
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Ronald FRANCOIS, Defendant-Appellant.
 No. 90-7115.
 United States Court of Appeals, Fourth Circuit.
 Submitted Dec. 3, 1990.
Decided Dec. 20, 1990.
 
 Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Robert R. Merhige, Jr., Senior District Judge. (CR-88-81)
 Ronald Francois, appellant pro se.
 Thomas Oliver Mucklow, Assistant United States Attorney, Wheeling, W.V., for appellee.
 N.D.W.Va.
 AFFIRMED.
 Before K.K. HALL, MURNAGHAN and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Ronald Francois appeals from the district court's order denying his request for court records. Our review of the record and the district court's order discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Francois, CR-88-81 (N.D.W.Va. July 30, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.